Good Ole Days ALF LLC
3913 Trovati St.
Orlando, FL 32839
Phone: (407)242-3975
Email: goodoledaysinfo@gmail.com

April 18, 2025

State of Florida Agency for Health Care Administration
RE: Appeal of Administrative Complaint and Fine
Facility Name: Good Ole Days ALF LLC
Provider Number: (407)242-3975
AHCA Case/Complaint Number: 2024014691/2024016544

Attention:

United States District Court Middle District of Florida


To Whom It May Concern: United States District Court Middle District of Florida

I am writing on behalf of Good Ole Days ALF LLC to formally appeal the State of Florida Agency's administrative complaint and the associated $7,500 administrative fine. The complaint alleges that there were (10) uncorrected Class III deficiencies at our facility. However, I would like to clarify and provide evidence that all cited deficiencies were fully corrected as of August 9, 2024, in accordance with AHCA guidelines.

Grounds for Appeal:
- All deficiencies were corrected by August 9, 2024, and documented appropriately.
- Evidence of corrections was submitted to AHCA August 9, 2024 and we are resubmitting this documentation for reference.
- Our team acted promptly and in good faith to address each cited issue and ensure full compliance.

We respectfully request that AHCA reconsider the imposed fine and revise the findings to reflect that the deficiencies were timely corrected. Enclosed with this letter are supporting documents and photographic evidence of the corrections made.

Please confirm receipt of this appeal and let us know if any further information is

required.

Thank you for your time and attention to this matter.

Sincerely,

Good Ole Days ALF LLC
Respondent, Good Ole Days ALF LLC

Administrator:

 /s/ Kozette King


NOTICE OF RIGHT TO JUDICIAL REVIEW

Pursuant to Section 120.68, Florida Statutes, any party adversely affected by a final order of the Agency for Health Care Administration is entitled to judicial review. Such a review may be initiated by filing a notice of appeal with the Agency Clerk of AHCA within thirty (30) days of the date the final order is filed. The notice of appeal must be filed with the Clerk and also filed with the appropriate District Court of Appeal. Failure to file a timely notice may result in the waiver of the right to judicial review.

If you choose to seek judicial review, please consult legal counsel to ensure that all filing and procedural requirements are met in accordance with the Florida Rules of Appellate Procedure.

Good Ole Days ALF LLC has elected to seek Judicial review with the United States District Court Middle District of Florida concerning the above matter.

NOTICE SERVED TO:

Agency Clerk
Agency for Health Care Administration
2727 Mahan Drive, Mail Stop 3
Tallahassee, FL 32308
Telephone: (850) 412-3630