**ORDERED** at Tallahassee, Florida, on this 24th day of March, 2025.

*Kimberly R. Smoak*
Kimberly R. Smoak, Deputy Secretary
Agency for Health Care Administration

## NOTICE OF RIGHT TO JUDICIAL REVIEW

A party who is adversely affected by this Final Order is entitled to judicial review, which shall be instituted by filing one copy of a notice of appeal with the Agency Clerk of AHCA, and a second copy, along with filing fee as prescribed by law, with the District Court of Appeal in the appellate district where the Agency maintains its headquarters or where a party resides. Review of proceedings shall be conducted in accordance with the Florida appellate rules. The Notice of Appeal must be filed within 30 days of rendition of the order to be reviewed.

## CERTIFICATE OF SERVICE

**I CERTIFY** that a true and correct copy of this Final Order was served on the below-named persons by the method designated on this 24th day of March, 2025.

*Signature*
Agency Clerk
Agency for Health Care Administration
2727 Mahan Drive, Mail Stop 3
Tallahassee, Florida 32308
Telephone: (850) 412-3630

| | |
|---|---|
| Facilities Intake Unit<br>Agency for Health Care Administration<br>(Electronic Mail) | Central Intake Unit<br>Agency for Health Care Administration<br>(Electronic Mail) |
| Elizabeth Hathaway DeMarco, Senior Attorney<br>Office of the General Counsel<br>Agency for Health Care Administration<br>(Electronic Mail) | Kozette King, Administrator<br>Good Ole Days Adult Living Facility, LLC<br>3913 Trovati Street<br>Orlando, Florida 32839<br>(U.S. Mail) |

2

**STATE OF FLORIDA
AGENCY FOR HEALTH CARE ADMINISTRATION**

Re: Good Ole Days Adult Living Facility LLC

AHCA No. 2024014691
2024016544

## ELECTION OF RIGHTS

This Election of Rights form is attached to an Administrative Complaint. The Election of Rights form may be returned by mail or by facsimile transmission, <u>but must be filed with the Agency Clerk within 21 days by 5:00 p.m., Eastern Time,</u> of the day that you received the Administrative Complaint. If your Election of Rights form with your selected option (or request for hearing) is not timely received by the Agency Clerk, the right to an administrative hearing to contest the proposed agency action will be waived and an adverse Final Order will be issued. In addition, please send a copy of this form to the attorney of record who issued the Administrative Complaint.

(Please use this form unless you, your attorney or your qualified representative prefer to reply according to Chapter 120, Florida Statutes, and Chapter 28, Florida Administrative Code.) The reply address for the Agency Clerk is:

Agency Clerk
Agency for Health Care Administration
2727 Mahan Drive, Building #3, Mail Stop #3
Tallahassee, Florida 32308
Telephone: 850-412-3630    Facsimile: 850-921-0158

## PLEASE SELECT ONLY 1 OF THESE 3 OPTIONS

**OPTION ONE (1)** _____ I waive the right to a hearing to contest the allegations of fact and conclusions of law contained in the Administrative Complaint. I understand that by giving up my right to a hearing, a final order will be issued that adopts the proposed agency action and imposes the fine, sanction or other agency action.

**OPTION TWO (2)** _____ I admit the allegations of fact contained in the Administrative Complaint, but I wish to be heard at an informal hearing (pursuant to Section 120.57(2), Florida Statutes) where I may submit testimony and written evidence to the Agency to show that the proposed administrative action is too severe or that the fine, sanction or other agency action should be reduced.

**OPTION THREE (3)** ✓ I dispute the allegations of fact contained in the Administrative Complaint and request a formal hearing (pursuant to Section 120.57(1), Florida Statutes) before an Administrative Law Judge appointed by the Division of Administrative Hearings.

*[Handwritten: Business Good Ole Days ALF was disco' 2/2024  recieved this letter 3/24/2025 1 year later]*

**PLEASE NOTE:** Choosing OPTION THREE (3), by itself, is **NOT** sufficient to obtain a formal hearing. You also must file a written petition in order to obtain a formal hearing before

32

the Division of Administrative Hearings under Section 120.57(1), Florida Statutes. It must be received by the Agency Clerk at the address above **within 21 days** of your receipt of this proposed agency action. The request for formal hearing must conform to the requirements of Rule 28-106.2015, Florida Administrative Code, which requires that it contain:

1. The name, address, telephone number, and facsimile number (if any) of the Respondent.
2. The name, address, telephone number and facsimile number of the attorney or qualified representative of the Respondent (if any) upon whom service of pleadings and other papers shall be made.
3. A statement requesting an administrative hearing identifying those material facts that are in dispute. If there are none, the petition must so indicate.
4. A statement of when the respondent received notice of the administrative complaint.
5. A statement including the file number to the administrative complaint.

Licensee Name: ~~2024-11-41~~ (2024016544 / 2024014691)  Good Ole Days ALF

Contact Person: ~~[redacted]~~   Title: Good Ole Days ALF

Address: 9132 Bob Jackson Dr.  Jonesboro GA  30236
Number and Street / City / Zip Code

Telephone No. (407) 242-3975   Fax No. ___

E-Mail (Optional): goodoledaysalf@yahw.com

I hereby certify that I am duly authorized to submit this Election of Rights to the Agency for Health Care Administration on behalf of the licensee referred to above.

Signed: Good Ole Days ALF   Date: 3/24/2025

Print Name: Good Ole Days ALF   Title: 3/24/25

33

STATE OF FLORIDA
AGENCY FOR HEALTH CARE ADMINISTRATION

FILED
AHCA
AGENCY CLERK

2025 MAR 24 P 12:52

STATE OF FLORIDA AGENCY FOR
HEALTH CARE ADMINISTRATION,

   Petitioner,

vs.

AHCA Nos. 2024014691
      2024016544

GOOD OLE DAYS ADULT LIVING
FACILITY, LLC,

   Respondent.
_____/

# FINAL ORDER

  Having reviewed the Administrative Complaint, and all other matters of record, the Agency for Health Care Administration finds and concludes as follows:

  1. The Agency issued the attached Administrative Complaint and Election of Rights form to the Respondent. (Ex. 1) The Election of Rights form advised of the right to an administrative hearing. The Respondent received the Administrative Complaint and Election of Rights form (Ex. 2), but did not timely file the Election of Rights form or other hearing request with the Agency Clerk. The Respondent thus waived the right to a hearing to contest the allegations and sanction sought in the Administrative Complaint. Cann v. Department of Children and Family Services, 813 So.2d 237 (Fla. 2d DCA 2002).

  Based upon the foregoing, it is **ORDERED**:

  2. The findings of fact and conclusions of law set forth in the Administrative Complaint are adopted and incorporated by reference into this Final Order.

  3. The Respondent shall pay the Agency $7,500.00. If full payment has been made, the cancelled check acts as receipt of payment and no further payment is required. If full payment has not been made, payment is due within 30 days of the Final Order. Overdue amounts are subject to statutory interest and may be referred to collections. A check made payable to the "Agency for Health Care Administration" and containing the AHCA ten-digit case number should be sent to:

Central Intake Unit
Agency for Health Care Administration
2727 Mahan Drive, Mail Stop 61
Tallahassee, Florida 32308

1